UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGINO HUERTA,<br>　　　　Plaintiff,<br>　　v.<br>TIM VIRGA,<br>　　　　Defendant. | Case No. 17-cv-06008-SI<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 1 |

Plaintiff, an inmate at the California Health Care Facility in Stockton, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at the California State Prison - Sacramento in Represa, California, located in Sacramento County. Sacramento County is within the venue of the Eastern District of California. The lone defendant works at the prison in Represa and apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: October 26, 2017

_____
SUSAN ILLSTON
United States District Judge